UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
In re:

Mouhamadou Aliyu,

        Debtor.

Chapter 11

Case No. 26-10103 (JPM)

-------------------------------------------------------

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, THOMAS WHITTINGTON, request admission, *pro hac vice*, before the Honorable John P. Mastando, to represent Mouhamadou Aliyu, the Debtor in the above-referenced case.

    I certify that I am a member in good standing of the bar in the State of California and the Federal District Courts for the Northern District of California and Central District of California.

    I have submitted the filing fee with this motion for *pro hac vice* admission.

Dated:  January 20, 2026
           New York, New York

**MANATT, PHELPS & PHILLIPS, LLP**

*/s/  Thomas Whittington*
Thomas Whittington
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Tel: (310) 231-5330
twhittington@manatt.com

*Counsel to the Debtor and
Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------

In re:

Mouhamadou Aliyu,

        Debtor.

Chapter 11

Case No. 26-10103 (JPM)

-------------------------------------------------------

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Thomas Whittington to be admitted, *pro hac vice*, to represent Mouhamadou Aliyu, the Debtor in the above-referenced case, and upon movant's certification that the movant is a member in good standing of the bar in the State of California, it is hereby:

**ORDERED**, that Thomas Whittington, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Debtor in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
      New York, New York

                            _____
                            The Honorable John P. Mastando
                            United States Bankruptcy Judge